IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv-02098–PAB–KMT

AMERICAN INTERNATIONAL INSURANCE COMPANY, a New York corporation,

    Plaintiff,

v.

CENTRAL SPRINKLER COMPANY, a Pennsylvania Company, a/k/a TYCO FIRE PRODUCTS, LP, a Pennsylvania Limited Partnership,

    Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw Brandon K. Gutshall as Counsel for Defendant, Central Sprinkler Company" (#35, filed March 24, 2010). Being otherwise fully advised, it is hereby ORDERED that the Motion (#35) is GRANTED. Attorney Brandon K. Gutshall is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Gutshall from the electronic certificate of mailing.

Dated: March 25, 2010