IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-02098-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** June 18, 2010 | Ginny Kramer, Courtroom Deputy |
| AMERICAN INTERNATIONAL INSURANCE COMPANY, *a New York corporation,* | Sarah Killeen |
| Plaintiff, | |
| v. | |
| CENTRAL SPRINKLER COMPANY, | Cathleen Heintz |
| Defendant | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:** Motion Hearing
**Court in session:** 8:56 a.m.
Court calls case. Appearances of counsel.

Counsel and the Court discuss the Defendant's Motion for Protective Order [#47] filed May 21, 2010.

Statements to the Court by Ms. Killeen.

Statements to the Court by Ms. Heintz.

**It was ORDERED:**

1. That Defendant's Motion for Protective Order [#47] filed May 21, 2010, is **GRANTED IN PART**, as stated on the record. That paragraph number 10 shall be modified as stated on the record.

2. That all documentation consistent with today's order shall be produce **on or before July 13, 2010.**

**Court in Recess:  9:10 a.m.**
Hearing concluded.
Total In-Court Time    00:14 minutes

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.